**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State, Respondent,

v.

Roderick Shundale Dover, Appellant.

Appellate Case No. 2025-000713

———

Appeal From Cherokee County
J. Mark Hayes, II, Circuit Court Judge

———

Unpublished Opinion No. 2026-UP-242
Submitted May 1, 2026 – Filed May 20, 2026

———

**APPEAL DISMISSED**

———

Appellate Defender Jessica M. Saxon, of Columbia, and Roderick Shundale Dover, pro se, both for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Attorney General Mark Reynolds Farthing, both of Columbia, for Respondent.

———

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**THOMAS, MCDONALD, and TURNER, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.